**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 156 MM 2015
:
Respondent :
:
:
:
v. :
:
:
:
GEORGE HAROLD FINK, SR., :
:
Petitioner :

**ORDER**

**PER CURIAM**

**AND NOW**, this 8th day of December, 2015, in response to the Petition for Withdrawal of Counsel, this matter is **REMANDED** to the Court of Common Pleas of Luzerne County for it to determine, within 45 days, whether counsel should be permitted to withdraw. If leave to withdraw is denied, counsel is directed to file a Petition for Allowance of Appeal within 30 days of that order. Alternatively, if the court grants leave to withdraw, Petitioner may submit a Petition for Allowance of Appeal within 30 days of that order.